## ALLAN DONOHUE v. STATE.

No. A-4144.  Opinion Filed Aug. 31, 1923.
(217 Pac. 1117.)

Appeal from County Court, Murray County; W. G. Long, Judge.

Allan Donohue was convicted of the illegal sale of whisky, and he appeals.  Affirmed.

W. N. Lewis, for plaintiff in error.

The Attorney General and N. W. Gore, Asst. Atty. Gen., for the State.

BESSEY, J. Allan Donohue, plaintiff in error, was by a verdict of a jury on October 4, 1921, found guilty of the illegal sale of whisky on the day following the date of the offense charged in case No. A-4143, 24 Okla. Cr. 287, 217 Pac. 1117. The punishment in this case was also assessed at a fine of $50 and confinement in the county jail for a period of 30 days. The record and the proof in this case are very similar to the record and proof in A-4143, 24 Okla. Cr. 28, 217 Pac. 1117. The judgment of the trial court is affirmed.

MATSON, P. J., concurs.

DOYLE, J., absent and not participating.